IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                                                  Criminal No. 3:25CR7
                                                                  (Judge Groh)

MARCUS DE'ANGELO BROWN,
        Defendant.


## GOVERNMENT'S NOTICE REGARDING FORFEITURE

The United States hereby provides notice that it is not further pursuing federal forfeiture of the Smith & Wesson, Model M&P 57, 5.7 caliber pistol bearing serial number EFC4008 listed in the Forfeiture Allegation of the Indictment and the Preliminary Order of Forfeiture, as the federal agency has confirmed that this firearm has not been recovered.

                                                        Respectfully submitted,

                                                        Randolph J. Bernard
                                                        Acting United States Attorney

By:      /s/ Morgan S. McKee
             Morgan S. McKee
             Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2025, I have electronically filed the attached documents with the Clerk of the Court using the CM/ECF system, to be served upon counsel of record.

                                                Randolph J. Bernard
                                                Acting United States Attorney

By:    /s/ Morgan S. McKee
         Morgan S. McKee
         Assistant United States Attorney
         United States Attorney's Office
         1125 Chapline Street, Suite 3000
         Wheeling, WV 26003
         Phone: (304) 234-0100